on the ground of desertion, where there was evidence that defendant believed that complainant substituted a powder for some medicinal tablets with the intention of poisoning her; that defendant was sent by complainant, on advice of a physician, to a detention hospital, and the evidence was conflicting whether, on her return, she or he was willing to resume marital relations, evidence *held* insufficient to show that defendant had wilfully and without just cause deserted complainant and had refused to live with him any longer, without any fault on his part.

---

**William Hayes, by his next friend, Defendant in Error, v. H. C. W. Gresens, Plaintiff in Error.**

**Gen. No. 22,659.     (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. RUFUS F. ROBINSON, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed July 2, 1917.

### Statement of the Case.

Action by William Hayes, a minor, by William Hayes, his father and next friend, plaintiff, against H. C. W. Gresens, defendant. From a judgment for plaintiff, defendant brings error.

BROSIUS & MABEE, for plaintiff in error.

BENJAMIN P. ACKERMAN, for defendant in error; JACOB LEVY and JOSIAH BURNHAM, of counsel.

MR. JUSTICE MCSURELY delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 1752*—*when judgment affirmed for insufficiency of abstract.* A judgment will be affirmed on appeal where the abstract of record fails to inform the court of the character of the case and of the issue involved.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.